UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v -                              :         O R D E R

JERMAINE BAILEY,                 : Docket No. 03-1214 (S-1)(ERK)

          Defendant.        :
- - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2006 ★
BROOKLYN OFFICE

Upon the application of Anthony L. Ricco, attorney for Jermaine Bailey, for an order authorizing necessary investigative services, pursuant to the Criminal Justice Act, Title, 18 U.S.C. 3006A (e)(1).

**IT IS HEREBY ORDERED,** that Gerald Beckles, is appointed as the investigator in the above captioned case, with a "cap" set at Fifty (50) Hours at a rate of Seventy Five ($75.00) Dollars per, *nunc pro tunc* to January 1, 2006. The investigator is also authorized to submit interim vouchers, if required.

Dated:  New York, New York
                 , 2006

                                      S O   O D E R E D:

                                        s/Edward Korman
                                      HON.   EDWARD R.   KORMAN